UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO VIDAL,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>SGT. VANDIKE, *et al.*,<br><br>　　　　　　　　Defendants | Case No. 2:20-cv-00044-KJD-BNW<br><br>**ORDER** |

**I.　DISCUSSION**

On January 7, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff neither paid the full filing fee nor filed an application to proceed *in forma pauperis.* On January 13, 2020, this Court issued an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee within 30 days from the date of that order. (ECF No. 2). On February 22, 2020, Plaintiff subsequently filed an application to proceed *in forma pauperis* and submitted a financial certificate dated July 25, 2019 and an inmate account statement for the period of July 3, 2019 to July 24, 2019. (ECF No. 3).

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff has not submitted current financial documents with his application to proceed *in forma pauperis*</u>. As such, Plaintiff's application at ECF No. 3 is incomplete.

Plaintiff is an experienced litigator in this Court and knows how to correctly file an application to proceed *in forma pauperis* with this Court. Plaintiff will be granted <u>one final opportunity</u> to cure the deficiencies of his application to proceed *in forma pauperis* by filing a current and properly executed financial certificate and an inmate account statement for the past six months or in the alternative, pay the full $400 filing fee for this

action. If Plaintiff fails to file a current and properly executed financial certificate and an inmate account statement for the past six months the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a current and complete application to proceed *in forma pauperis.* The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed in forma pauperis (ECF No. 3) is denied without prejudice to file a new application with current financial documents.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **sixty (60) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with current and complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file a fully complete application to proceed *in forma pauperis*, on the correct form with current and complete financial attachments, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

DATED:  February 19, 2020

_____
UNITED STATES MAGISTRATE JUDGE